

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00527-CV

**STAGG RESTAURANTS, LLC** d/b/a McDonalds #24388,
Appellants

v.

Fred **SERRA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17438
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

　　This is an accelerated appeal. After we granted appellee's first motion for extension of time, appellee's brief was due October 22, 2018. On the due date, appellee filed a second, unopposed motion for extension of time, asking for an additional seven days in which to file his brief. After review, we **GRANT** appellee's motion and **ORDER** appellee to file his brief in this court **on or before October 29, 2018.**

　　We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court